# First District Court of Appeal
## State of Florida

_____

No. 1D18-1331
_____

KAMARCCUS J. WEBSTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, Judge.

June 19, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WINOKUR and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kamarccus J. Webster, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.